DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICARDO B. LEIVA-GARAY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1670

[December 22, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab and Robert E. Belanger, Judges; L.T. Case No. 562014CF001070A.

Ricardo B. Leiva-Garay, Bonifay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***